[No. 35192-3-I.    Division One.    October 24, 1994.]

*In the Matter of the Sentencing of* COQUESE
CHARMAYNE GILES.

Appeal from a judgment of the Superior Court for King County, No. 94-1-00176-7, Jo Anne Alumbaugh, J., entered June 6, 1994. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.


[No. 32203-6-I.    Division One.    October 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN K.
MONROE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-8-01460-2, Paul D. Hansen, J., entered February 2, 1993. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.


[No. 30903-0-I.    Division One.    October 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD
KELLUM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03777-5, Norma Smith Huggins, J., entered June 16, 1992. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse and Becker, JJ.


[No. 16036-6-II.    Division Two.    October 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN
ANTONIO RIVERA, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 91-1-00827-6, Robert J. Doran, J., entered May 12, 1992. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Seinfeld, JJ.